# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11-cv-342-RJC-DSC

| | |
|---|---|
| **JACQUELINE MICHELLE RANDOLPH-BROWN,** on behalf of A.C.R., <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** <br><br> Defendant. | **ORDER** |

Pursuant to the power of this Court under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405 (g), providing that a reviewing court may remand a case to the Commissioner for the consideration of additional evidence, if the evidence is (1) new, (2) material, and (3) good cause exists for failing to present the evidence earlier, and in light of the government's request to remand this action for further consideration, it is ordered that, upon remand, the Administrative Law Judge will consider the additional evidence submitted to the court and the subsequent allowance for disability benefits in accordance with the Social Security Administration, Office of Hearings and Appeals, Litigation Law Manual sections I-4-2-101 and I-5-3-17.

Therefore, this Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g), for further proceedings.

Signed: April 13, 2012

Robert J. Conrad, Jr.
Chief United States District Judge